# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Xing Xing Wang<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:24-mj-04245-DUTY<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

   Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for _July 25_____, _2024_____, at _10:00____ ☒a.m. / ☐p.m. before  the Honorable _Stephanie S. Christensen_____, in Courtroom _790_____.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
                          *(Other custodial officer)*

Dated: _July 17, 2024_____

U.S. ~~District Judge~~/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                   Page 1 of 1